AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

**November 11, 2018**

David J. Bradley, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Eli Penaflor-Gonzalez

## CRIMINAL COMPLAINT

Case Number: M-18-2339-M

IAE YOB: 1980
MEXICO
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 9, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Eli Penaflor-Gonzalez was encountered by Border Patrol Agents near Sullivan City, Texas on November 9, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 8, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 30, 2018, through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 29, 2018 the Defendant was convicted of Evading Arrest/Detention with a vehicle and was sentenced to sixty two (62) days confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on November 11, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Mickel Gonzalez
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 11, 2018

Mickel Gonzalez     Senior Patrol Agent

Scott J. Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer